United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SENAH, INC. fdba "SEI" and "SOURCES EAST",<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XI'AN FORSTAR S&T CO., LTD. and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No.  5:13-cv-04254 HRL<br><br>**ORDER REFERRING CASE TO JUDGE DAVILA FOR A RELATED CASE DETERMINATION** |

　　　　Pursuant to Civil Local Rule 3-12(c), the instant action is referred to Judge Davila for a determination as to whether it is related to <u>Senah, Inc. v. Xi'an Forstar S&T Co., Ltd.</u>, Case No. 5:13-cv-01500 EJD.

　　　　**SO ORDERED**.

Dated:   December 10, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-04254-HRL Notice has been electronically mailed to:

Anthony Hugo Santucci    thegreat426@sbcglobal.net, thegreat@sbcglobal.net