UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SENAH, INC,<br><br>    Plaintiff,<br><br>    v.<br><br>XI'AN FORSTAR S&T CO, LTD,<br><br>    Defendant. | Case No.  13-cv-04254-BLF<br><br>**ORDER SUBMITTING WITHOUT ORAL ARGUMENT (1) MOTION TO DISMISS; (2) MOTION FOR STAY AND ABATEMENT; AND (3) MOTION FOR COSTS; ORDER VACATING HEARING DATE** |

Before the Court are three Motions that have been noticed for hearing on July 3, 2014: (1) Defendant's Motion to Dismiss; (2) Defendant's Motion for Costs; and (3) Plaintiff's Motion for Stay and Abatement of Proceedings.

The Court finds, pursuant to Civil Local Rule 7-1(b), that these Motions are appropriate for determination without oral argument. As such, the Motions are hereby SUBMITTED without oral argument, and the hearing is VACATED.

**IT IS SO ORDERED.**

Dated: June 23, 2014

_____
BETH LABSON FREEMAN
United States District Judge