1
2
3                        UNITED STATES DISTRICT COURT
4                       NORTHERN DISTRICT OF CALIFORNIA
5                                SAN JOSE DIVISION
6

| | |
|---|---|
| SENAH, INC, <br>     Plaintiff, <br> v. <br> XI'AN FORSTAR S&T CO, LTD, <br>     Defendant. | Case No.  13-cv-04254-BLF <br><br> **CASE MANAGEMENT ORDER** |

On August 21, 2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 08/13/2015 – Parties must reserve hearing date prior to filing of motions |
| Final Pretrial Conference | 10/29/2015 at 2:30 PM |
| Trial | 11/09/2015 at 9:00 AM |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Parties are to meet, confer and file a stipulation and proposed order regarding discovery dates to trial within 30 days.

Dated:  August 21, 2014

_____
BETH LABSON FREEMAN
United States District Judge