United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SENAH, INC,<br><br>    Plaintiff,<br><br>    v.<br><br>XI'AN FORSTAR S&T CO, LTD,<br><br>    Defendant. | Case No.  13-cv-04254-BLF<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE STIPULATED PROTECTIVE ORDER** |

Before the Court is the parties' joint request for a one week extension in which to file a stipulated protective order. The Court, finding good cause, GRANTS the parties' request. The parties shall file with the Court a stipulated protective order no later than November 21, 2014. If the parties are unable to reach agreement as to portions of the protective order, the parties will submit a letter to the Court outlining the disagreement and the reasons as to why it could not be resolved.

**IT IS SO ORDERED.**

Dated: November 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge