UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SENAH, INC,<br><br>        Plaintiff,<br><br>    v.<br><br>XI'AN FORSTAR S&T CO, LTD,<br><br>        Defendant. | Case No.  13-cv-04254-BLF<br><br>**ORDER RE: DISCOVERY DISPUTE LETTER** |

The Court is in receipt of Defendant's November 21, 2014 Letter regarding the parties' inability to resolve a dispute regarding the terms of a stipulated protective order. ECF 65. Defendant has requested that the Court adopt its proposed protective order. *Id.* at 4.

Discovery disputes in this case have been assigned to be heard by Magistrate Judge Howard R. Lloyd. Defendant is instructed to file its motion requesting the Court adopt its protective order with Judge Lloyd, in compliance with his standing order.

**IT IS SO ORDERED.**

Dated: November 21, 2014

                                                                BETH LABSON FREEMAN
                                                                United States District Judge