UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SENAH, INC,<br><br>    Plaintiff,<br><br>v.<br><br>XI'AN FORSTAR S&T CO, LTD,<br><br>    Defendant. | Case No. 13-cv-04254-BLF<br><br>**ORDER VACATING DECEMBER 4, 2014 CASE MANAGEMENT CONFERENCE** |

The parties in the above-captioned action are presently scheduled to appear for case management on December 4, 2014. Because Plaintiff's Second Amended Complaint is not due to be filed with the Court until December 3, 2014, the Court HEREBY VACATES the parties' case management conference.

The parties may seek a further case management conference with the Court as needed if further disputes arise.

**IT IS SO ORDERED.**

Dated: November 21, 2014

_____
BETH LABSON FREEMAN
United States District Judge