1
2
3   **UNITED STATES DISTRICT COURT**
4   **NORTHERN DISTRICT OF CALIFORNIA**
5   **SAN JOSE DIVISION**
6

| | |
|---|---|
| SENAH, INC, <br>     Plaintiff, <br> v. <br> XI'AN FORSTAR S&T CO, LTD, <br>     Defendant. | Case No. 13-cv-04254-BLF <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

    Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Nathanael Cousins for a settlement conference to be completed within forty-five (45) days of the date of this order.

    The parties shall contact Magistrate Judge Cousins's Courtroom Deputy to schedule a conference at his next available convenience.

**IT IS SO ORDERED.**

Dated: September 8, 2015

_____
BETH LABSON FREEMAN
United States District Judge