# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SENAH, INC, <br>    Plaintiff, <br>   v. <br> XI'AN FORSTAR S&T CO, LTD, <br>    Defendant. | Case No. 13-cv-04254-BLF <br><br> **ORDER DISSOLVING ORDER TO SHOW CAUSE; AND SETTING CASE SCHEDULE** <br><br> [Re: ECF 134] |

On September 29, 2015, the Court issued an order to show cause regarding striking the answer for Defendant's failure to have counsel. ECF 134. Defendant sent a letter, dated September 30, 2015, to the Court which indicated Defendant decided not to spend any more money on attorney's fees in this litigation. ECF 142. On October 7, 2015, Plaintiff filed an opposition to the order to show cause. ECF 136. Plaintiff argues that the answer should not be stricken in order to preserve the Court's rulings to date. *Id*. Plaintiff also argues that Defendant's former lawyers at King & Spalding should be prohibited from re-appearing in this case. *Id*.

Accordingly, the Court DISSOLVES the order to show cause issued on September 29, 2015. The Court MODIFIES the case schedule as follows:

| Event | Revised Date |
|---|---|
| Pre-trial conference (no written submission required) | November 23, 2015 at 9:00 a.m. |
| Deadline to file pre-trial papers, including any motion for default[1] | December 7, 2015 |
| Trial | December 21, 2015 at 1:30 p.m. |

The Court ORDERS all counsel and parties to appear at the pre-trial conference on November 23,

---

[1] The Court advises the parties to review Federal Rule of Civil Procedure 55. Specifically, Fed. R. Civ. P. 55(b)(2) which requires a "party or its representative must be served with written notice of the application [for default] at least 7 days before the hearing."

2015.  Finally, the Court DENIES without prejudice Plaintiff's request to prohibit King & Spalding from re-appearing in this case.

The Court advises Defendant Xi'an Forstar S&T Co., Ltd. that a failure to retain an attorney and participate in this litigation could result in default judgment being entered against it. The Court instructs the clerk to serve this order by mail, e-mail, and fax on:

Name:      Lily Cai
Address:   No 71 Jinye Road Hi-Tech Zone
           Xian 710077 China
E-mail:    market@forstar.com.cn
Fax No:    +86-29-88243212

and

Name:      Jerry Guo
Address:   AVIC Forstar S&T Co., LTD
           No. 71 Jinye Road
           High-Tech Zone
           Xian 710077 China

**IT IS SO ORDERED.**

Dated: October 15, 2015

_____
BETH LABSON FREEMAN
United States District Judge

2