UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SENAH, INC,<br><br>  Plaintiff,<br><br>  v.<br><br>XI'AN FORSTAR S&T CO, LTD,<br><br>  Defendant. | Case No.  13-cv-04254-BLF<br><br>**ORDER REGARDING APRIL 4, 2016 DEFAULT JUDGMENT HEARING** |

The Court has reviewed Plaintiff's motion for default judgment and accompanying declarations and exhibits.  The Court ORDERS Plaintiff to augment the record with the following items:

1. Evidence of the annual Chinese Yuan to United States Dollar exchange rate from 2009-2014 offered by someone qualified under and in compliance with the Federal Rules of Evidence.
2. A complete copy of Exhibit B, Forstar's Responses and Objections to Senah's Interrogatories, including the verification page.
3. Supporting documentation for the numbers contained in the following columns on page 3 of Exhibit A:  "Sales Placed Through Senah from Senah records" and "CommScope Total Sales Reported by Forstar."

Plaintiff may bring these items to the default judgment hearing on April 4, 2016 at 9:00 a.m.  If Plaintiff is not able to obtain these items by the hearing date, Plaintiff shall contact the Courtroom Deputy by 4:00 p.m. on April 1, 2016 to schedule a new date for the default judgment hearing.

**IT IS SO ORDERED.**

Dated: March 31, 2016

_____
BETH LABSON FREEMAN
United States District Judge