# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SENAH, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVIC FORSTAR S&T CO., LTD., <br><br> Defendant. | Case No. 5:16-cv-07053 NC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Beth Labson Freeman to determine whether it is related to 5:13-cv-04254 BLF, Senah, Inc. v. XI'AN Forstar S&T Co., Ltd.

IT IS SO ORDERED.

Date: May 29, 2018

_____
Nathanael M. Cousins
United States Magistrate Judge