**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

SENAH, INC,

        Plaintiff,

    v.

XI'AN FORSTAR S&T CO, LTD,

        Defendant.

Case No.  13-cv-04254-BLF

**AMENDED JUDGMENT**

The Court hereby amends the Judgment issued on June 2, 2016 in favor of Plaintiff Senah, Inc. and against Defendant Xi'an Forstar S&T Co. Ltd, to identify Defendant's legal name as "AVIC Forstar Sciences & Technology Co., Ltd."  Defendant is also known as "Xi'an Forstar S&T Co., Ltd," "AVIC Forstar S&T Co., Ltd," and "AVIChina Forstar S&T Co., Ltd."  For all other purposes, the Court's Order Granting Plaintiff's Motion for Default Judgment and Judgment at ECF 171 is hereby incorporated in its entirety.

     **IT IS SO ORDERED.**

Dated: December 18, 2019

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California